**Order entered April 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00842-CR

**COURTLAND WAYNE KING, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-59371-U**

## ORDER

The Court **ORDERS** court reporter Estrella Pineda to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing copies of State's Exhibit nos. 5 and 6, CDs, and Defendant's Exhibit nos. 5 and 17, CDs.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Estrella Pineda, deputy official court reporter, 291st Judicial District Court, and to counsel for all parties.

/s/ DAVID EVANS
   JUSTICE